**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

LBR PLUMBING & HEATING CORP.,

                    Plaintiff,

  -against-

CALLAHAN, INC.,

                    Defendant.

CALLAHAN, INC.,

                    Third-Party Plaintiff,

  -against-

TALISMAN CASUALTY INSURANCE COMPANY LLC,

                    Third-Party Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.:
7:17-cv-08231-KMK-PED

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that Third-Party Plaintiff CALLAHAN, INC.'s claims as styled in the above-captioned third-party action as well as any counterclaims by TALISMAN CASUALTY INSURANCE COMPANY, LLC ("Talisman") therein, are voluntarily dismissed, with prejudice, as against each other, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This stipulation does not affect any claims of TALISMAN against Plaintiff LBR PLUMBING & HEATING CORP. ("LBR") including, but not limited to, any claims asserted by Talisman's cross-claims against LBR.

**HERBERT ADLER, ESQ.**

By:_____
    Neil Spector, Esq.
*Attorneys for Plaintiff LBR PLUMBING &*
*HEATING CORP.*
50 Main Street – 10th Floor
White Plains, New York 10606
Telephone: 914-682-2055
Email: spec62996@aol.com
Dated: _7-15-19_

**GERBER CIANO KELLY BRADY, LLP**

By:_____
    Laura A. Martin, Esq.
*Attorneys for Defendant/Third-Party Plaintiff*
CALLAHAN, INC.
445 Hamilton Avenue, Suite 1500
White Plains, New York 10601
Telephone Number: (914) 505-6283
Email: lmartin@gerberciano.com
Dated: _July 15, 2019_

**HEDINGER & LAWLESS**

By: _____

David P. Lipari, Esq.

*Attorneys for Third-Party Defendant*
TALISMAN CASUALTY INSURANCE
COMPANY LLC
30 Wall Street, 8th Floor
New York, New York 10005-2205
Telephone Number: (212) 759-8203
Email: dlipari@hedlaw.com

Dated: 7-15-19

4818-3118-5052, v. 1