**UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LBR PLUMBING & HEATING CORP., <br><br>      Plaintiff, <br><br> -against- <br><br> CALLAHAN, INC., <br><br>      Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: <br> 7:17-cv-08231-KMK-PED |
| CALLAHAN, INC., <br><br>      Third-Party Plaintiff, <br><br> -against- <br><br> TALISMAN CASUALTY INSURANCE COMPANY LLC, <br><br>      Third-Party Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that Third-Party Plaintiff CALLAHAN, INC.'s claims as styled in the above-captioned third-party action as well as any counterclaims by TALISMAN CASUALTY INSURANCE COMPANY, LLC ("Talisman") therein, are voluntarily dismissed, with prejudice, as against each other, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation does not affect any claims of TALISMAN against Plaintiff LBR PLUMBING & HEATING CORP. ("LBR") including, but not limited to, any claims asserted by Talisman's cross-claims against LBR.

| | |
|---|---|
| **HERBERT ADLER, ESQ.** <br><br> By:_____ <br>   Neil Spector, Esq. <br> *Attorneys for Plaintiff LBR PLUMBING &* <br> *HEATING CORP.* <br> 50 Main Street – 10th Floor <br> White Plains, New York 10606 <br> Telephone: 914-682-2055 <br> Email: spec62996@aol.com <br> Dated: 7-15-19 | **GERBER CIANO KELLY BRADY, LLP** <br><br> By:_____ <br>   Laura A. Martin, Esq. <br> *Attorneys for Defendant/Third-Party Plaintiff* <br> CALLAHAN, INC. <br> 445 Hamilton Avenue, Suite 1500 <br> White Plains, New York 10601 <br> Telephone Number: (914) 505-6283 <br> Email: lmartin@gerberciano.com <br> Dated: July 15, 2019 |

**HEDINGER & LAWLESS**

By: _____
David P. Lipari, Esq.
*Attorneys for Third-Party Defendant*
TALISMAN CASUALTY INSURANCE
COMPANY LLC
30 Wall Street, 8th Floor
New York, New York 10005-2205
Telephone Number: (212) 759-8203
Email: dlipari@hedlaw.com

Dated: _____7-15-19_____

4818-3118-5052, v. 1

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

7/16/19