UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LBR Plumbing & Heating Corp.,

                Plaintiffs,              17 CV 8231 (KMK)

-v-                                  CALENDAR NOTICE

Callahan Inc.,

                Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Third-Party Defendant, Talisman Casualty Insurance Company's Motion for Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, March 5, 2020 at 2:00 p.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: January 23, 2020
       White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J