UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LBR PLUMBING & HEATING CORP.,

          Plaintiff,

  -v-

CALLAHAN INC.,

          Defendant.

No. 17-CV-8231 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at Oral Argument held on April 17, 2020, Third-party Defendant Talisman Casualty Insurance Company, LLC's ("Talisman") Motion for Summary Judgment is GRANTED.

Talisman will confer with Plaintiff LBR Plumbing & Heating Corp. and will submit a proposed Judgment by no later than April 24, 2020.

SO ORDERED.

Dated: April 17, 2020
      White Plains, New York

                                              KENNETH M. KARAS
                                              United States District Judge