**MEMO ENDORSED**

# HEDINGER & LAWLESS
*ATTORNEYS AT LAW*

⚖ *Celebrating 25 Years: 1994-2019*

30 Wall Street, 8th Floor
New York, NY 10005-2205
(212) 759-8203
Fax: (212) 751-2984

147 Columbia Turnpike, Suite 200
Florham Park, NJ 07932-2145
(973) 301-9100
Fax: (973) 301-9191

**Via ECF**

April 23, 2020

*Robert Hedinger°¶*
*Robert T. Lawless°\**
*Joseph M. Boyan°\*#*
*David P. Lipari°\**
*Jeffrey S. Wilson°*

° Member of NJ Bar
\* Member of NY Bar
¶ Member of PA Bar
# Member of DC Bar

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
The Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **LBR Plumbing & Heating Corp. v. Callahan, Inc.**
      **Case No.: 7:17-cv-08231-KMK-PED**
      **Our File No. 6132**

Dear Judge Karas:

As Your Honor is aware, Hedinger & Lawless represents Talisman Casualty Insurance Company, LLC ("Talisman"), third-party defendant/cross-claimant in the above-referenced case.

I write as instructed during my discussion with Your Honor's Chambers. Pursuant to Your Honor's Order of April 17, 2020, Talisman was to confer with LBR Plumbing & Heating Corp. ("LBR") and submit a proposed judgment to the Court by April 24, 2020. Currently Talisman and LBR are close to reaching an understanding regarding payment terms to be incorporated into the proposed judgment. As such, it is respectfully requested that the parties be afforded an additional seven days to May 1, 2020 to finalize and memorialize their agreement in the judgment. Neil L. Spector, Esq., counsel for plaintiff LBR, was consulted and joins in this request.

Thank you for your kind attention to this matter.

Respectfully submitted,

*David P. Lipari*

David P. Lipari
dlipari@hedlaw.com
DPL/cac/34700c

Granted.

So Ordered.

/s/ Kenneth M. Karas
4/23/20

c:   Neil L. Spector, Esq.
     Laura Ashley Martin, Esq.
     Talisman Casualty Insurance Company, LLC (via email)